# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,           :

        v.                                          :

                                                                08 Cr. 0515 (KMK)

JOHN ERNEST GUERRERO,             :

                  Defendant.          :

---------------------------------- x

**JOHN ERNEST GUERRERO,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 1201(c), and Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(I) and having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:  White Plains, New York
         June *10*, 2008

