

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: _____   │
└─────────────────────────────┘
```

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 18, 2008

**BY HAND**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: **United States v. John Ernest Guerrero**
    08 Cr. 515 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to request, with the consent of defense counsel, that the scheduled conference in the above-referenced case be adjourned from July 22, 2008, at 10:00 a.m., until August 7, 2008, at 11:00 a.m.. The parties continue to be engaged in active plea negotiations and anticipate that the matter will be resolved before August 7, 2008. The Government also requests, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 22, 2008 until August 7, 2008, so that the Government and the defendant may continue to engage in plea negotiations in an effort to resolve the case without the need for trial.

    Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

*Granted.*

cc:    Steven Davison, Esq. (By Fax)
       203-834-0522 (fax)

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
7/21/08